UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

DAYS INN WORLDWIDE INC.

    Plaintiffs,

v.

MAHADEVA CORPORATION, et al,

    Defendant.                             No. 15-cv-362-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   This matter is before the court on the Motion for Consent Judgment.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order granting the motion (Doc. 23), entered on October 29, 2015, this case is **DISMISSED** with prejudice. Judgment is entered in favor of Days Inn Worldwide Inc. and against Mahadeva Corporation and Bhargavbhai Pandya, in the amount of $160,364.01, plus attorneys' fees and costs in the amount of $10,825.53, for a total of $171,189.54.

                                              JUSTINE FLANAGAN,
                                              ACTING CLERK OF COURT

                                              BY:     */s/Caitlin Fischer*
                                                           **Deputy Clerk**

Dated:   October 29, 2015

Digitally signed by Judge David R. Herndon
Date: 2015.10.29 15:58:07 -05'00'

APPROVED:
        U.S. DISTRICT JUDGE
        U. S. DISTRICT COURT